[No. 55447-6-I. Division One. March 13, 2006.]

KEYBANK NATIONAL ASSOCIATION, *Respondent,* v. WOODHAM ASSET MANAGEMENT CORPORATION ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 03-2-01130-7, Michael F. Moynihan, J., entered October 15, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ.

[No. 55524-3-I. Division One. March 13, 2006.]

VESNA ERAKOVIC, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-03831-6, Robert H. Alsdorf, J., entered December 13, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Cox, C.J., and Appelwick, J. Now published at 132 Wn. App. 762.

[No. 55634-7-I. Division One. March 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAN CHANTILA SOUVANNARATH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-03421-0, J. Wesley Saint Clair, J., entered December 30, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 55654-1-I. Division One. March 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL MURPHY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-03469-4, Deborah D. Fleck, J., entered February 8, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Dwyer, JJ.